# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**KEVIN GREEN**  **PLAINTIFF**
Reg #18298-030

v.  **CASE NO. 2:22-CV-00180-BSM**

**DOES**  **DEFENDANTS**

## ORDER

Kevin Green was ordered by Magistrate Judge Joe J. Volpe to pay the filing fee or file a file motion to proceed *in forma pauperis*. *See* Doc. Nos.10 and 13. After Judge Volpe entered his proposed findings recommending dismissal for failure to comply [Doc. No. 18], Green filed his motion to proceed *in forma pauperis* as an attachment to his motion to amend [Doc. No. 19]. Accordingly, Judge Volpe's proposed findings and recommendations [Doc. No. 18] are rejected, and this case is remanded to Judge Volpe for consideration of Green's motion for leave to proceed *in forma paupers* as attached to Doc. No. 19.

IT IS SO ORDERED this 6th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE