IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

KEVIN GREEN					PETITIONER
Reg. #18298-030

v.				2:22-cv-00180-BSM-JJV

DOES						RESPONDENT
*Richard Sheppard Arnold United States Courthouse*

## ORDER

Pending before the Court is a *pro se* Petition for Writ of Habeas Corpus filed by Petitioner Kevin Green pursuant to 28 U.S.C. § 2241.  (Doc. No. 12.)  He asks that extra good time credits be awarded for the Bureau of Prisons' ("BOP") acts of censoring his freedom of speech, preventing inmates from engaging the administrative remedies process, and failing to follow protocol.  (*Id*. at 8, 15-22.)  According to Mr. Green's Notice of Change of Address (Doc. No. 23) and the BOP's website,[1] he is currently confined at U.S. Penitentiary Marion located in Marion, Illinois.  Therefore, this case should be transferred to the United States District Court for the Southern District of Illinois.

District courts are limited to granting habeas relief "within their respective jurisdictions." 28 U.S.C. § 2241(a).  "[T]he traditional rule has always been that the Great Writ is 'issuable only in the district of confinement.'"  *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) (quoting *Carbo v. United States*, 364 U.S. 611, 618 (1961)).  Additionally, in habeas challenges to present physical confinement, "the default rule is that the proper respondent is the warden of the facility where the prisoner is being held[.]"  *Id*. at 435.  In this case, a writ of habeas corpus would be issuable only

---

[1] *See* https://www.bop.gov/inmateloc/ (last visited April 10, 2023).

in the Southern District of Illinois, and the proper respondent would be the warden of the facility where Mr. Green is being held.

THEREFORE, the Clerk is directed to transfer a copy of this Order and the original file of this Court to the Clerk of the United States District Court for the Southern District of Illinois. The Clerk shall wait thirty (30) days to effectuate the transfer.

IT IS SO ORDERED this 10th day of April 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE